IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD JOHNSON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-05-1424-C |
| | ) | |
| GLYNN BOOHER, | ) | |
| | ) | |
| Respondent | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Doyle W. Argo, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Argo entered a Report and Recommendation on April 5, 2006, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The relevant facts and applicable law are clearly and fairly stated in Judge Argo's Report and Recommendation. The Petitioner does not actually take issue with either the facts or the law, he simply argues a different construction on both. However, the Court finds that the Report and Recommendation is correct in its interpretation of the law and its statement of the facts in this case, and despite Petitioner's arguments to the contrary, the disciplinary process satisfied all constitutional requirements to which he is entitled.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 25th day of April, 2006.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge